Exhibit A

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Theodore (Ted) Peterson, being duly sworn, declare and state:

1.    I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), assigned to the Wichita, Kansas Field Office, and have been since December 2020.  As a Special Agent with ATF, I attended the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program (CITP) and ATF Special Agent Basic Training (SABT).  Prior to being employed by ATF, I was employed by the United States Border Patrol (USBP) as a Patrol Agent from 2011 to 2020.  As a Special Agent with ATF and/or Patrol Agent with the USBP, I received training in arson, explosives, firearms, tobacco, violent crime, gang investigations, transnational criminal organization investigations, and drug/human trafficking investigations.  I have also conducted investigations involving explosives, firearms, controlled substances, and violent crimes.  These investigations resulted in the seizure of contraband, currency, vehicles, and other evidentiary items related to drug and firearm investigations.

2.    This affidavit is submitted in support of a complaint for forfeiture for the following property:

> A. a Karri's Guns (Podunk, Inc.) Model KG15, multi-caliber rifle, serial number 07736;
>
> B. a F&D Defense, LLC Model FD15, multi-caliber rifle, serial number: 00652;
>
> C. a privately manufactured short-barreled rifle chambered in 7.62X39mm, no serial number.

3.    The information in this affidavit is known to me through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel.  As will be demonstrated herein, I have probable cause to believe that the firearms

identified in paragraph two were used in or involved in violations of 18 U.S.C. § 922(g). Accordingly, the property is subject to forfeiture pursuant to 18 U.S.C. § 924(d).

4.      On July 25, 2013, Phillip L. Clapp was convicted of multiple drug charges including possession with intent to sell methamphetamine, hydrocodone, oxycodone, and three counts of criminal use of a weapon in Reno County, Kansas, District Court case no. 13-CR-235.

5.      On August 23, 2013, Phillip L. Clapp was sentenced to three years of probation. On September 10, 2014, Clapp's probation was revoked, and his underlying controlling term of 118 months imprisonment was imposed.

6.      On June 8, 2021, Clapp was released from prison to a term of parole.

7.      On July 6, 2022, Kansas Department of Correction (KDOC) Parole Officer (PO) Kevin Hays conducted a home visit of Clapp's residence, who resided with his mother, Kathy Martinez, at XXX East Kansas, Apartment A, in McPherson Kansas.

8.      PO Hays requested the assistance of the McPherson Police Department (MPD) and the Kansas Bureau of Investigation (KBI) to conduct the home visit. He was joined by Detective Matthew Van der Hoeven from MPD, and Senior Special Agent (SSA) Will Mahoney from KBI.

9.      Upon arriving at the residence, Clapp took the officers to the southwest bedroom which belonged to him. The room was cluttered with little space to move around, and officers observed a spoon with a filter and two small clear plastic baggies. One of the baggies contained a crystal substance which later field tested positive for methamphetamine. Officers also located a small brass container with 2 to 3 unknown white pills inside. Furthermore, officers observed a black in color rifle magazine laying in plain view on the bed in the center of the room.

2

10.    After observing these items, officers withdrew from the residence and obtained a search warrant for Clapp's residence.

11.    During the execution of the search warrant, officers located numerous amounts of ammunition and various drug paraphernalia inside of Clapps's bedroom.

12.    Additionally, officers found a browning 6.35mm auto pistol inside a lock box in a trunk at the foot of Clapp's bed. The key for the lock box was found inside a fake outlet stash box in the bedroom wall that contained an Axxess+ magnetic key box with six keys inside. A Glock Model 30 .45 caliber was also found on Clapp's bed.

13.    In the kitchen, officers found a green botanical substance inside a plastic baggie along with two smoking pipes. The green substance tested positive for marijuana.

14.    In the south hallway closet, officers found a black 30 round Magpul Gen 2 PMAG ammunition magazine loaded with steel case ammunition. The magazine was inside a tote bag that also contained men's clothing.

15.    A search of Clapp's mother's bedroom revealed a large plastic case under the bed. Using one of the keys found in the Axxess+ magnetic key box, officers, unlocked the case and located the following two AR-15 rifles inside:

> A.  a Karri's Guns (Podunk, Inc.) Model KG15, multi-caliber rifle, serial number 07736; and

> B.  a F&D Defense, LLC Model FD15, multi-caliber rifle, serial number 00652.

16.    A search of the living room revealed a rifle bag behind the couch.  Inside the rifle bag, officers observed an AR15 style rifle containing a plastic polymer lower receiver.  The rifle was a privately manufactured short-barreled rifle (SBR), chambered in 7.62x39mm, with no

serial number. The rifle did not have a serial number because it contained a JMT milled polymer lower receiver.

17. After his arrest, Clapp was interviewed and stated he was a marijuana and methamphetamine user. He also reported he had been using methamphetamine since he was a teenager.

18. Clapp's mother was also interviewed. She reported that Clapp's bedroom was usually locked and that she did not enter his room. She stated that Clapp slept on the couch in the living room. She also stated that there should not have been any firearms in the residence because she did not like guns. When asked about the guns found under her bed, she stated that she did not go under her bed because it is hard for her to get off the floor. Furthermore, she stated that she rarely entered the living room except to clean, and she would not have cleaned behind the sofa because she could not move it.

19. On July 18, 2022, KBI agents reviewed in store surveillance video taken on July 5, 2022, from Gunbros, a firearm store located in Hutchinson, KS. Agents observed Clapp enter the store with a female and purchase ammunition and an ammunition magazine using his credit card.

20. On December 20, 2022, Clapp was indicted in the United States District Court, District of Kansas case no. 22-CR-10100 with the following violations, two counts of Title 18 U.S.C. §922(g)(1); one for possession of a firearm by prohibited person and one for possession of ammunition by a prohibited person. On January 3, 2024, Clapp pled guilty without a plea agreement to both counts in the indictment.

21. Thereafter, in Case No. 22-10100, Clapp entered into a forfeiture agreement with the United States in which he agreed to the forfeiture of the Glock handgun, the Astra pistol, the

Browning pistol and forty rounds of ammunition. In the agreement, Clapp agreed that these firearms and ammunition were involved in or used in the commission of Counts 1 and 2 of the Indictment.

22.    On April 17, 2024, the Court sentenced Clapp to 60 months imprisonment.

23.    Based on the foregoing, I have probable cause to believe that the firearms identified in paragraph two were used or involved, in violations of 18 U.S.C. § 922(g). Accordingly, I have probable cause to believe that these items are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

Theodore Peterson
Special Agent
ATF

Subscribed and sworn to before me on this 12th day of September 2025.

RACHAEL M. ADAMS
Notary Public - State of Kansas
My Appt. Expires 3/2/2029

Notary Public

My commission expires 3/2/2029.

5